**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :
                                       :
                        Government,    :           15 Cr 288 (RMB)
                                       :
         - against -                   :           **ORDER**
                                       :
ALEX CHRISTIE,                         :
                        Defendant.     :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

The Government is directed to respond (with input from the Bureau of Prisons) to

Defendant's motion [# 991] by January 22, 2020.

Dated: New York, New York
       January 14, 2020

                                    _RMB_____
                                    **RICHARD M. BERMAN, U.S.D.J.**


                                    **Copies Mailed By Chambers**