**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                     Government,   :   15 CR. 288 (RMB)
                                           :
        - against -                   :   **ORDER**
                                           :
ALEX CHRISTIE,                             :
                                           :
                     Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 8, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 716 277 380#

Dated: July 1, 2025
       New York, NY

                                                      RICHARD M. BERMAN
                                                                   U.S.D.J.