UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Government,

     - against -

ALEX CHRISTIE,

                    Defendant.

15 CR. 288 (RMB)

**ORDER**

The supervised release hearing scheduled for Wednesday, July 9, 2025 at 12:00 PM has been rescheduled to Wednesday, July 23, 2025 at 11:00 AM and will be in person in Courtroom 17B.

Dated: July 8, 2025
       New York, New York

                                              RICHARD M. BERMAN
                                              U.S.D.J.