**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 288 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| ALEX CHRISTIE, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 10, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: September 3, 2025
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD M. BERMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.