**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :
                                                              :
                          Government,       :        15 CR. 288 (RMB)
                                                              :
          - against -                                :        **ORDER**
                                                              :
                                                              :
ALEX CHRISTIE,                                  :
                                                              :
                          Defendant.          :
------------------------------------------------------------------x


      The supervised release hearing scheduled for Wednesday, October 22, 2025 at

11:30 A.M. will take place in Courtroom 17B.



Dated: October 15, 2025
          New York, NY



_____
          RICHARD M. BERMAN
                  U.S.D.J.