**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                       :
                Government,           :       15 CR. 288 (RMB)
                                                       :
       - against -                                 :       **ORDER**
                                                       :
ALEX CHRISTIE,                                         :
                                                       :
                Defendant.            :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 17, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 805 287 78#

Dated: November 12, 2025
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                          **U.S.D.J.**