**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Government,              :        15 CR. 288 (RMB)
                                                   :
          - against -                              :        **ORDER**
                                                   :
                                                   :
ALEX CHRISTIE,                                     :
                                                   :
                          Defendant.               :
--------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, December 10, 2025 at

11:30 A.M. will take place in Courtroom 17B.


Dated: December 3, 2025
        New York, NY



_____
                RICHARD M. BERMAN
                        U.S.D.J.