**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                      :

                                               :

                         Government,           :              15 Cr. 288 (RMB)

                                               :

            - against -                        :              **ORDER**

                                               :

                                               :

ALEX CHRISTIE,                                 :

                                               :

                         Defendant.            :
------------------------------------------------------------------x


       The supervised release hearing scheduled for January 14, 2026 at 12:00 P.M. will take place in Courtroom 17B.


Dated: January 8, 2026
      New York, NY


_____
     **RICHARD M. BERMAN**
        **U.S.D.J.**