**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                       Government,          :          15 Cr. 288 (RMB)

      - against -                              :          **ORDER**

                                :

ALEX CHRISTIE,                                        :

                      Defendant.          :

-------------------------------------------------------------------x

The supervised release hearing scheduled for February 11, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 5, 2026
       New York, NY

                                     _____
                                       **RICHARD M. BERMAN**
                                           **U.S.D.J.**