UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        15-Cr-288 (RMB)

        -against-                                :

ALEX CHRISTIE (92476-054),                   :        **ORDER**

              Defendant.                   :

--------------------------------------------------------------------x

A conference having been held today in connection with defendant's alleged violation of supervised release,

IT IS HEREBY ORDERED that the Court grants the government's motion for remand. The defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: February 11, 2026
      New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**