**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,           :        15 Cr. 288 (RMB)
                                                   :
              - against -                           :        **ORDER**
                                                   :
ALEX CHRISTIE,                                      :
                                                   :
                              Defendant.            :
---------------------------------------------------------------x


      The violation of supervised release hearing is scheduled for April 16, 2026 at 11:00 A.M.

in courtroom 17B.


Dated: April 9, 2026
     New York, NY

                                          **RICHARD M. BERMAN**
                                            **U.S.D.J.**