**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :        15 Cr. 288 (RMB)
                                             :
        - against -                          :        **ORDER**
                                             :
                                             :
ALEX CHRISTIE,                               :
                                             :
                        Defendant.           :
-------------------------------------------------------------x


        The status conference previously scheduled for May 7, 2026 at 11:00 AM is rescheduled

to June 3, 2026 at 11:00 AM in Courtroom 17B.


Dated: April 30, 2026
        New York, NY


_____

                        **RICHARD M. BERMAN**
                        **U.S.D.J.**