**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                           :

                 Government,    :       15 CR. 288 (RMB)

                           :

      - against -             :       **ORDER**

                           :

                           :

ALEX CHRISTIE,             :

                           :

             Defendant.     :
----------------------------------------------------------------x

       The status conference scheduled for Thursday, June 25, 2026 at 9:00 A.M. will take place in Courtroom 17B.

Dated: June 17, 2026
      New York, NY

                                      RICHARD M. BERMAN
                                         U.S.D.J.