**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                                       :

               Government,                  :           15 Cr. 288 (RMB)

                                       :

    - against -                                       :           **ORDER**

                                       :

                                       :

ALEX CHRISTIE,                                      :

                                       :

               Defendant.                  :

----------------------------------------------------------------x


    The status conference previously scheduled for June 25, 2026 at 9:00 A.M. is rescheduled to July 6, 2026 at 11:00 A.M. in Courtroom 17B.


Dated: June 25, 2026
      New York, NY


                                      **RICHARD M. BERMAN**
                                          **U.S.D.J.**