**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,           :          15 Cr. 288 (RMB)
                                                   :
              - against -                          :          **ORDER**
                                                   :
                                                   :
ALEX CHRISTIE,                                     :
                                                   :
                              Defendant.            :
-------------------------------------------------------------x


     The status conference previously scheduled for July 6, 2026, at 11:00 AM is rescheduled to July 7, 2026, at 9:00 AM.


Dated: July 1, 2026
    New York, NY



_____
    **RICHARD M. BERMAN**
      **U.S.D.J.**