**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Government,<br><br>- against -<br><br>ALEX CHRISTIE,<br><br>Defendant. | : | 15 CR. 288 (RMB)<br><br>**ORDER** |

The status conference scheduled for Tuesday, August 18, 2026 at 11:30 A.M. will take place in Courtroom 17B.

Dated: August 12, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.