**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, Government,

- against -

ALEX CHRISTIE, Defendant.

-------------------------------------------------------------x

15 CR. 288 (RMB)

**ORDER**

The status conference scheduled for Wednesday, September 30, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 24, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.