Application granted. The status conference is adjourned to Nov. 4, 2026 at 10:00 AM.

SO ORDERED:
Date: 9/28/2026
Richard M. Berman
Richard M. Berman, U.S.D.J.

Konta, Georges, and Buza
233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

September 28, 2026

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alex Christie,* 15 Cr. 288 (RMB)**

Dear Judge Berman:

I represent Alex Christie. This matter is scheduled for a status conference on September 30, 2026, at 10:00 A.M. As the parties previously informed Chambers, Mr. Christie's Bronx state court proceeding (the "Bronx matter") has been adjourned to November 2, 2026. The parties in both proceedings have engaged in productive discussions that may lead to a global resolution. Because the resolution of this matter will likely depend on developments in the Bronx matter, the Government and I agree that an adjournment until after November 2, 2026, would be prudent. Accordingly, without objection, I respectfully request that the September 30th status conference be adjourned to a date after November 2, 2026.

Respectfully Submitted,

/s/

John P. Buza

cc.: AUSA Rita Maxwell (via ECF)